

February 6, 2020

**VIA ECF**
Honorable Judge Failla
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007



Re: Dawson v. DavidsTea (USA) Inc.; Case No: 1:19-cv-01199-KPF

Dear Judge Failla,

This firm represents Plaintiff Leshawn Dawson (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's January 3, 2020 Order, the parties were granted 30 days in which to restore the case to the court's calendar. It is now February 6, 2020, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the parties respectfully request an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal.

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

/S/ Matthew C. Moschella
Matthew C. Moschella, Esq.

Cc: All counsel of record (Via ECF)

Application GRANTED. The period of conditional discontinuance is hereby extended until March 6, 2020.

Dated: February 6, 2020     SO ORDERED.
New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE